Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org

*Attorney for Petitioner Eldimir Gomes

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Eldimir Gomes,

        Petitioner,

    v.

John Mattos, *et al.*,

        Respondents.

Case No. 2:26-cv-00420-GMN-MDC

**Order Granting Stipulation to Extend Time to File Amended Petition**

     Petitioner Eldimir Gomes and Respondents, John Mattos, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to March 25, 2026.

     This extension is warranted because counsel for Mr. Gomes, Assistant Federal Public Defender Nisha Brooks-Whittington, needs additional time to confer with her client and to gather records to review prior to filing the amended petition.

     Currently, the amended petition is due on March 11, 2026. This is the first stipulation for an extension of time for the amended petition.

On March 11, 2026, Mr. Brooks-Whittington conferred with counsel for Respondents, Assistant United States Attorney Christian R. Ruiz. Mr. Ruiz agreed to this two-week extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Gomes to file an amended petition to March 25, 2026 and the response to April 8, 2026.

Respectfully submitted this 11th day of March, 2026.

TODD BLANCHE
Deputy Attorney General of the United
States

RENE L. VALLADARES
Federal Public Defender

/s/ *Christian R. Ruiz*
Christian R. Ruiz
Assistant United States Attorney

/s/ *Nisha Brooks-Whittington*
Nisha Brooks-Whittington
Assistant Federal Public Defender

**IT IS HEREBY ORDERED** that Petitioner must file an Amended Petition no later than March 25, 2026.

**IT IS FURTHER ORDERED** that Respondents must file a Response to the Amended Petition no later than April 8, 2026.

**DATED** this __11__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2