AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Eldimir Gomes

                                                      JUDGMENT IN A CIVIL CASE

                         Petitioner,

        v.                                            Case Number: 2:26-cv-00420-GMN-MDC

Bernacke et al


                         Respondents.


___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioner, Eldimir Gomes, and against Respondents, Michael Bernacke, John Mattos, Todd M. Lyons, Todd Blanche, Markwayne Mullin.

The amended petition for writ of habeas corpus is granted.


05/28/2026
_____                              ___DEBRA K. KEMPI___
Date                                                 Clerk


                                                     ___/s/ AMMi___
                                                     Deputy Clerk